# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

SIERRA CLUB, )
                                       Plaintiff, )
       vs. )
                                        )   Civil Action No.  3:10-CV-511
WISCONSIN POWER AND LIGHT COMPANY, )
                                    Defendant. )

---

## ENTRY OF APPEARANCE

---

Please take note that Robert Ukeiley enters his appearance on behalf of Plaintiff, Sierra Club.

                      Respectfully submitted,

                      McGillivray Westerberg & Bender LLC

                      David C. Bender
                      Christa O. Westerberg
                      Pamela R. McGillivray
                      305 S. Paterson Street
                      Madison, WI 53703
                      Tel. 608.310.3560
                      Fax 608.310.3561
                      Email: bender@mwbattorneys.com
                                        westerberg@mwbattorneys.com
                                        mcgillivray@mwbattorneys.com

                      /s Robert Ukeiley
                      _____
                      Robert Ukeiley
                      Law Office of Robert Ukeiley
                      435R Chestnut Street, Suite 1
                      Berea, KY 40403
                      Tel. 859.986.5402

        Fax 866.618.1017
        E-mail: rukeiley@igc.org

*Attorneys for the Plaintiff Sierra Club*

Dated: October 15, 2010