IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:10-cv-00511-wmc |
| ) | |
| WISCONSIN POWER AND ) | |
| LIGHT COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS
AND EXTEND ALL CASE MANAGEMENT DEADLINES BY THREE MONTHS**

The parties have jointly moved the Court to stay all proceedings and extend by three months all of the existing case management deadlines established in the Preliminary Pretrial Conference Order while the parties engage in settlement negotiations. Being sufficiently advised, the Court hereby GRANTS the parties' motion and ORDERS:

1. All proceedings in this action are stayed and all case management deadlines, including the trial date, will be extended by three months.

2. The trial date is rescheduled for _____, 2012.

3. If settlement is reached, the parties shall promptly notify the Court.

Dated this ____ day of _____, 2011.

_____
Judge, United States District Court
for the Western District of Wisconsin

1371087.3

Distribution:

David C. Bender
Christa Westerberg
Pamela R. McGillivray
McGillivray Westerberg & Bender
Email:  bender@mwbattorneys.com
Email:  westerberg@mwbattorneys.com
Email:  mcgillivray@mwbattorneys.com

Robert R. Clark
Scott R. Alexander
Taft Stettinius & Hollister
Email: rclark@taftlaw.com
Email: salexander@taftlaw.com

Bruce A. Schultz
Coyne Schultz Becker & Bauer
Email: bschult@cnsbb.com

Robert Ukeiley
Law Office of Robert Ukeiley
Email:  rukeiley@igc.org

1371087.3