IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SIERRA CLUB,

                Plaintiff,                OPINION AND ORDER

v.

                                              10-cv-511-wmc

WISCONSIN POWER AND
LIGHT COMPANY,

                Defendant.

---

The parties in this case have jointly moved the court to stay all proceedings and extend by three months all of the existing case management deadlines established in the Preliminary Pretrial Conference Order (dkt. #28) to allow the parties to engage in settlement negotiations. Being sufficiently advised as to the complex, technical issues presented in this matter, believing that allowing the parties to devote time and resources to negotiate without immediate case deadlines serving as a distraction; and finding that a negotiated settlement is more likely to result in a better, final resolution of this dispute;

NOW, THEREFORE, the court GRANTS IN PART AND DENIES IN PART the parties' motion (dkt. #55) as follows:

(1) All other pending motions (dkts. ##22, 29, 31, 32, 36, 48, 52 and 53) are DISMISSED without prejudice to the parties' refiling them at a later time if necessary.

(2) All current major case management deadlines found in the Preliminary Pretrial Conference order, including the trial date, are extended by three months and all additional deadlines are moved to remain within the appropriate time frame in relation to the moved case management deadlines.

(3) The trial date is rescheduled for April 23, 2012.

(4)　If settlement is reached, the parties shall promptly notify the court.

Entered this 11th day of February, 2011.

> BY THE COURT:
>
> /s/
> _____
> WILLIAM M. CONLEY
> District Judge