IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| SIERRA CLUB,<br>       Plaintiff,<br><br>              v.<br><br>WISCONSIN POWER AND LIGHT COMPANY,<br>       Defendant. | ORDER<br><br>10-cv-511-wmc |

---

Pursuant to this court's order dated December 19, 2011, a telephonic hearing was held on the parties' joint motion to vacate scheduling deadlines pending entry of consent decree, David Bender appearing for plaintiff Sierra Club and Scott Alexander for defendant Wisconsin Power and Light Company. Consistent with the matters discussed during that hearing, the court enters the following order:

1. All current major case management deadlines found in the Preliminary Pretrial Conference Order, including the trial date, are vacated and this matter is held over for trial to begin on December 10, 2012.

2. An in-person status conference will be held in this matter on February 15, 2012, at 8:15 a.m. At that time, Assistant United States Attorney Leslie Herje or other designated representative for the United States of America shall appear and advise as to the EPA's and U.S. Department of Justice's position on the parties' submission of settlement framework, filed under seal with this court on December 21, 2011 (dkt. #61).

3. Depending upon the outcome of that hearing, the court will establish appropriate deadlines for completion of the settlement of this matter and/or trial.

Entered this 4th day of January, 2012.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge