# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Cause No. 3:10-cv-00511-wmc |
| WISCONSIN POWER & LIGHT COMPANY, | ) ) ) ) |
| Defendant. | ) |

___

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
___

Plaintiff, Sierra Club, and Defendant, Wisconsin Power & Light Company, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), HEREBY STIPULATE AND AGREE to the dismissal of this action without prejudice and without costs to either party.

Respectfully submitted this 8th day of May, 2012.

BY THE PLAINTIFF:

                MCGILLIVRAY WESTERBERG & BENDER LLC

                  /s/ David C. Bender

                David C. Bender
                Christa O. Westerberg
                Pamela R. McGillivray
                211 S. Paterson Street, Ste 320

        Madison, WI 53703
        Tel. 608.310.3560
        Fax 608.310.3561
        Email: bender@mwbattorneys.com
               westerberg@mwbattorneys.com
               mcgillivray@mwbattorneys.com

        Robert Ukeiley
        Law Office of Robert Ukeiley
        435 R Chestnut St., Suite 1
        Berea, KY 40403
        Tel: 859-986-5402
        E-mail: rukeiley@igc.org

        *Attorneys for the Plaintiff Sierra Club*

BY THE DEFENDANT:

        /s/ Robert R. Clark_____
        Robert R. Clark, No. 3488-49
        Scott R. Alexander, No. 16345-49

        TAFT STETTINIUS & HOLLISTER LLP
        One Indiana Square, Suite 3500
        Indianapolis, IN 46204
        317/713-3500

        Bruce A. Schultz
        COYNE SCHULTZ BECKER & BAUER
        150 E. Gilman St., Suite 1000
        Madison, WI 53703
        608/255-1388

        *Attorneys for the Defendant Wisconsin Power and Light Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of this filing automatically to all counsel of record, including:

Robert R. Clark, No. 3488-49
Scott R. Alexander, No. 16345-49
TAFT STETTINIUS & HOLLISTER
One Indiana Square, Suite 3500
Indianapolis, IN 46204
317/713-3500
rclark@taftlaw.com
salexander@taftlaw.com

Bruce A. Schultz
COYNE SCHULTZ BECKER & BAUER
150 E. Gilman St., Suite 1000
Madison, WI 53703
608/255-1388
bschult@cnsbb.com

Daniel Lloyd Siegfried
dansiegfried@alliantenergy.com

Jeffrey K. Rosencrants
jeffrosencrants@alliantenergy.com

Michael S. Greiveldinger
michaelgreiveldinger@alliantenergy.com

/s/ David C. Bender